IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00126-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PARKER S. KING,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS

    The United States respectfully moves to restrict Document 24, filed today in this case, any order resulting from said motion, and the Brief in Support of this Motion (filed today but subsequent to this motion), for the reasons stated in the Brief.

    The United States requests a "Level 2" restriction, which would make the documents available only to Defendant Parker King and the Court.

    //

    //

    //

    //

    //

    //

1

Respectfully submitted this 20th day of August, 2025.

>PETER MCNEILLY
>United States Attorney
>
>By: */s/ Anna K. Edgar*
>Anna K. Edgar
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0409
>E-mail: Anna.Edgar@usdoj.gov
>Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      By: */s/ Anna Edgar*
                                          Anna Edgar
                                          Assistant U.S. Attorney